**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAVIER PEREZ,**

**Plaintiff,**

**v.** **Case No.: 8:13-cv-01933-T-27AEP**

**CICCIO RESTAURANT GROUP, LLC et al.,**

**Defendants.**

_______________________________________/

**ORDER**

**BEFORE THE COURT** is the Joint Motion for Settlement Approval (Dkt. 12), enclosing the executed Settlement Agreement and General Release (Dkt. 12-1). Upon careful consideration of the agreement, the Court finds that it is a fair and reasonable settlement of a *bona fide* dispute between the parties over provisions of the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, the Joint Motion for Settlement Approval (Dkt. 12) is **GRANTED**. The Settlement Agreement and General Release (Dkt. 12-1) is **APPROVED**. This case is therefore **DISMISSED *with prejudice***, and the Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 2nd day of April, 2014.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record